DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

**KARIM ROBLES,**

                          **Plaintiff,**                  2006-CV-0133

   v.

**HESS CORPORATION,**

                          **Defendant.**

TO:   Lee J. Rohn, Esq.
        C. Beth Moss, Esq.

### ORDER DENYING PLAINTIFF'S MOTION TO COMPEL

THIS MATTER came before the Court upon Plaintiff's Motion to Compel Complete Discovery Responses (Docket No. 24). Defendant filed a response to said motion. This order is issued without necessity of a reply.

Plaintiff alleges that Defendant failed to respond to his discovery requests despite an extension granted by Plaintiff and a promise by Defendant to have such responses completed by August 12, 2008. Defendant states that it now has served its responses to Plaintiff's discovery requests and enumerates its reasons for the delay.

The Court notes that the parties failed to submit a joint stipulation pursuant LRCi 37.2(a). As the Court has ruled in previous matters discovery motions that fail to comply

*Robles v. Hess Corporation*
2006-CV-0133
Order Denying Plaintiff's Motion to Compel
Page 2

with the requirements of LRCi 37.2(a) will not be considered pursuant to LRCi 37.2(c). However, because the motion currently before the Court is moot, the Court merely will deny the motion.

Accordingly, it is now hereby **ORDERED** Plaintiff's Motion to Compel Complete Discovery Responses (Docket No. 24) is **DENIED AS MOOT**.

ENTER:

Dated: October 8, 2008                                   /s/
                                                  GEORGE W. CANNON, JR.
                                                  U.S. MAGISTRATE JUDGE